IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAUREEN HARRINGTON, as personal
Representative for the Estate of BLAINE
HARRINGTON III,
    Plaintiff,
v.                                              C.A. No. 1:23cv11646

FILTERGRADE, LLC,
    Defendant.

---

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Chip Muller, am a member in good standing of the bar of this Court and the attorney of record for the Plaintiff in this case.  My bar number is 672100.  Pursuant to Local Rule 83.5.3, I am moving for the admission of Lauren Hausman to appear *pro hac vice* in this case as counsel for Plaintiff.  Ms. Hausman is a member of the Florida Bar and the California Bar.  I have verified that Ms. Hausman is a member in good standing of the bars to which she is admitted, and her Rule 83.5.3(e)(3) signed certification is attached to this motion:

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Lauren Hausman as co-counsel for Plaintiff in the above-captioned case.

Dated:  May 13, 2024

/s/ Chip Muller_____
Chip Muller, Esq.
MULLER LAW LLC
47 Wood Avenue
Barrington, RI 02806
Telephone: (401) 256-5171
chip@mullerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Chip Muller
Chip Muller

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Chip Muller, counsel for Plaintiff in the above captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with counsel for Defendant, on May 13, 2024, by e-mail regarding this Motion. Defendant's attorneys informed me on May 13, 2024, that Defendant had no objection to this Motion.

Dated: May 13, 2024                              By: /s/ Chip Muller
                                                      Chip Muller, Esq.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAUREEN HARRINGTON, as personal
Representative for the Estate of BLAINE
HARRINGTON III,
    Plaintiff,
v.                                                                          C.A. No. 1:23cv11646

FILTERGRADE, LLC,
    Defendant.

---

### RULE 83.5.3(e)(3) CERTIFICATION

Pursuant to Local Rule 83.5.3(e)(3), I, Lauren Hausman, hereby certify the following:

1. I am admitted to practice in the Florida Supreme Court, the California Supreme Court, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States District Court for the Eastern District of Missouri, the United States District Court for the District of New Mexico, and as of the date of this filing the United States District Court for the Eastern District of Washington (*pro hac vice*) and United States District Court for the District of Massachusetts (*pro hac vice*).

2. I am not the subject of pending disciplinary proceedings in any jurisdiction.

3. I have not previously had an admission to this Court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

3

Dated: May 13, 2024.

                                                COPYCAT LEGAL PLLC
                                                3111 N. University Drive
                                                Suite 301
                                                Coral Springs, FL 33065
                                                Telephone: (877) 437-6228
                                                lauren@copycatlegal.com

                                                By: /s/ Lauren Hausman
                                                     Lauren Hausman, Esq.
                                                     Florida Bar No.:  1035947
                                                     California Bar No.: 349514